WILLIAM J. UNDERWOOD et al., as Executors of EMORY M. VAN TASSEL, Deceased, Respondents, *v.* THE GREENWICH INSURANCE COMPANY, Appellant.

*Underwood* v. *Greenwich Ins. Co.*, 103 App. Div. 610, affirmed.
(Argued March 28, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 8, 1905, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*John Notman* and *Henry Galbraith Ward* for appellant.

*George Richards* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.

---

KATE McGUIRE, Respondent, *v.* WILLIAM ROBERTS, Appellant.

*McGuire* v. *Roberts*, 107 App. Div. 619, affirmed.
(Argued March 28, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 3, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*C. S. Mereness* for appellant.

*John N. Carlisle* and *J. F. La Rue* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Dissenting: CULLEN, Ch. J. Absent: O'BRIEN, J. Not sitting: HISCOCK, J.